**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEANDRE GOVAN, ) <br>       Defendant. ) | 1:21-cr-00358-JMS-MJD-1 |

## DEFENDANT'S MOTION TO CONTINUE
## FINAL PRETRIAL CONFERENCE AND TRIAL DATE

Defendant Deandre Govan, by counsel, Gwendolyn M. Beitz, respectfully moves the Court to continue the final pretrial conference and trial date presently set in this case, and in support states:

1. Final pretrial conference is scheduled for September 1, 2022 and jury trial on September 12, 2022.

2. Additional time is needed to investigate the case, properly prepare for trial or adequately explore the possibility of resolution by plea agreement.

3. Counsel has discussed this motion with Assistant United States Attorney Lawrence Hilton who does not oppose the motion.

4. The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial. Thus the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 et seq.

**WHEREFORE**, Defendant Deandre Govan requests that the final pretrial conference date of September 1, 2022, and jury trial on September 12, 2022, be vacated, and that this case be reset for trial at such other time as the Court's calendar will permit.

Respectfully submitted,

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

    I certify that on August 3, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz