**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | )    1:21-cr-00358-JMS-MJD-1 |
| DEANDRE GOVAN,<br>        Defendant. | )<br>)<br>) |

> Report [32] acknowledged. JMS,DJ 4/27/2023 Distribution via ECF

## JOINT STATUS REPORT PURSUANT TO DOCKET 31

Defendant Deandre Govan, by counsel, Gwendolyn M. Beitz, and the United States of American, by Assistant United States Attorney Lawrence Hilton, respectfully provides the following status report on the above case pursuant to Docket 31, and reports the following:

1. Defense Counsel remains in consistent communication with Mr. Govan and most recently visited him in person at Clark County Jail on April 24, 2023, for several hours.

2. The parties are in active plea negotiations at this time, and expect a written plea offer to be tendered to Mr. Govan in the next two weeks. Mr. Govan has requested that defense counsel review with plea with him in person, and that will be arranged once the plea is offered.

3. The parties believe that we will reach a resolution prior to the July 27, 2023, final pretrial conference, however, will move to continue the hearing and currently set trial date of August 7, 2023, if the paperwork is not completed before pretrial filings are due.