UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cr-00358-JMS-MJD |
| DEANDRE GOVAN (01), | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

    This matter is before the Court upon Defendant's Motion to continue the pretrial conference and trial date presently set in this cause, and the Court, being duly advised, now finds the Motion is well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion [34]. The Court notes that the Government does not object.

    The Court finds further that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial.

    The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161.  The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can adequately prepare for and receive a fair trial, and/or attempt an agreed resolution of the case, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

IT IS THEREFORE ORDERED that the July 27, 2023 final pretrial conference and the August 7, 2023 trial dates are vacated. The final pretrial conference shall be rescheduled to commence on **November 20, 2023 at 11:00 a.m.** and the jury trial date to be rescheduled to commence on **December 4, 2023 at 9:00 a.m.** in Room 202, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Date: 6/30/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Lawrence Darnell Hilton
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lawrence.hilton@usdoj.gov